**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 97-7025**

———————————

KEVIN SMITH, a/k/a Bar-None-Royal Blackness,

Plaintiff - Appellant,

versus

C. J. CEPAK, Warden; LIEUTENANT FITZGERALD;
LIEUTENANT SANDERS; CORRECTIONAL OFFICER
JACKSON; CORRECTIONAL OFFICER PEARSON; BROWN,
Correctional Officer; CORRECTIONAL OFFICER
ROSENBURGH,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Rock Hill.  Patrick Michael Duffy, District
Judge.  (CA-96-1164-O-23BD)

———————————

Submitted:  February 26, 1998      Decided:  March 18, 1998

———————————

Before WILKINS, NIEMEYER, and HAMILTON, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Kevin Smith, Appellant Pro Se.  Andrew Frederick Lindemann, ELLIS,
LAWHORNE, DAVIDSON & SIMS, P.A., Columbia, South Carolina, for
Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion partially accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Smith v. Cepak, No. CA-96-1164-O-23BD (D.S.C. June 24, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2